DOUGLAS E. OPSAHL AND WIFE, HILDEGARD M. OPSAHL v. PINEHURST INC., PURCELL CO., INC., AND PINEHURST RECEIVABLES ASSOCIATES, INC.

No. 432PA86

(Filed 4 March 1987)

ON discretionary review of the decision of the Court of Appeals, 81 N.C. App. 56, 344 S.E. 2d 68 (1986), affirming in part, vacating in part, judgment entered by *Albright, Judge*, on 13 May 1985 in Superior Court, MOORE County, and remanding the cause with instructions. Heard in the Supreme Court 9 February 1987.

*Thigpen & Evans, by John B. Evans, and Barringer, Allen & Pinnix, by Noel L. Allen and Miriam J. Baer, for plaintiff appellants.*

*Van Camp, Gill, Bryan, Webb & Thompson, P.A., by Douglas R. Gill, for defendant appellee Pinehurst, Inc.*

PER CURIAM.

Discretionary review improvidently allowed.

Justice WHICHARD did not participate in the consideration or decision of this case.